# EXHIBIT

# "A"

# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
## CIVIL DOCKET FOR CASE #: 25CI1:22-cv-00209-EFP

TYNES v. THE KROGER CO et al
Assigned to: Judge Eleanor Faye Peterson

**Upcoming Settings:**

None Found

Date Filed: 04/07/2022
Current Days Pending: 127
Total Case Age: 127
Jury Demand: None
Nature of Suit: Negligence - General (181)

---

**Plaintiff**

**MARTHA KAY TYNES**                     represented by   **Daryl M Newman**
                                                          Williams Newman Williams, PLLC
                                                          P.O. Box 23785
                                                          JACKSON, MS 39201
                                                          601-949-5080
                                                          Fax: 601-949-3358
                                                          Email: matt@wnwlegal.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE KROGER CO**

**Defendant**

**PAUL CARR**

**Defendant**

**JESSICA TILLMAN HOLLY**

**Defendant**

**JOHN DOES 1-3**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2022 | 2 | COMPLAINT against AND JOHN DOEDS 1-3, PAUL CARR, JESSICA TILLMAN HOLLY, THE KROGER CO, filed by MARTHA KAY TYNES. (Attachments: # 1 Civil Cover Sheet,) (MG) (Entered: 04/07/2022) |
| 04/07/2022 | 3 | SUMMONS Issued to JESSICA TILLMAN HOLLY. (MG) (Entered: 04/07/2022) |
| 04/07/2022 | 4 | SUMMONS Issued to THE KROGER CO. (MG) (Entered: 04/07/2022) |
| 04/07/2022 | 5 | SUMMONS Issued to PAUL CARR. (MG) (Entered: 04/07/2022) |
| 07/27/2022 | 6 | SUMMONS Returned Executed by MARTHA KAY TYNES. *Re:* ** 3 SUMMONS Issued to JESSICA TILLMAN HOLLY. (MG)** JESSICA TILLMAN HOLLY served on |

| | | 7/14/2022, answer due 8/13/2022. Service type: Personal (Newman, Daryl) (Entered: 07/27/2022) |
|---|---|---|
| 07/27/2022 | 7 | SUMMONS Returned Executed by MARTHA KAY TYNES. *Re:* ** 4 SUMMONS Issued to THE KROGER CO. (MG)** THE KROGER CO served on 7/27/2022, answer due 8/26/2022. Service type: Personal (Newman, Daryl) (Entered: 07/27/2022) |
| 08/04/2022 | 8 | MOTION for Extension of Time to Serve Defendant by Plaintiff MARTHA KAY TYNES, Defendant PAUL CARR (Newman, Daryl) (Entered: 08/04/2022) |
| 08/10/2022 | 9 | SUMMONS Returned Executed by MARTHA KAY TYNES. *Re:* ** 5 SUMMONS Issued to PAUL CARR. (MG)** PAUL CARR served on 8/5/2022, answer due 9/4/2022. Service type: Personal (Newman, Daryl) (Entered: 08/10/2022) |

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                                     **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO.** $22\text{-}209$

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                                    **DEFENDANTS**

### COMPLAINT
### {Jury Trial Requested}

COMES NOW the Plaintiff, Martha "Kay" Tynes, by and through Counsel undersigned,

and files this Complaint against the Defendants, The Kroger Co. (hereinafter referred to as

"Kroger"), Paul Carr, Jessica Tillman Holly and John Does 1-3 and in support thereof, would

respectfully show unto the Court the following:

### PARTIES

1.

The Plaintiff, Kay Tynes, is a resident citizen of Citizen, in Hinds County, Mississippi.

2.

Defendant, The Kroger Co., is a foreign corporation licensed to do business in the state of

Mississippi with its principal office located at 1014 Vine St. in Cincinnati, Ohio and who may be

served with process through its registered agent for process Corporation Service Company at

7716 Old Canton Rd., Suite C, Madison, MS 39110.

3.

Defendant Paul Carr is an adult resident citizen of Jackson, in the First Judicial District of

Hinds County, Mississippi, who may be served with process of this Court by serving him at his

place of residence at 429 Gallatin Street, Jackson, Mississippi 39203.

4.

Defendant Jessica Tillman Holly is an adult resident citizen of Byram, in the First Judicial

District of Hinds County, Mississippi, who may be served with process of this Court by serving

her at her place of residence at 333 Mallory Drive, Byram, Mississippi 39272.

5.

John Does 1-3 are entities and/0or other individuals, including but not limited to,

employees, agents, owners and operators of Kroger in Byram, Mississippi, who are liable to

Plaintiff and who maintained authority and discretion regarding the maintenance of, control of, or

standards for the safety procedures of Kroger.

## **JURISDICTION**

6.

Venue for this Cause properly lies in the First Judicial District of Hinds County,

Mississippi, for the reason that the incident that forms the basis of this Complaint occurred in the

First Judicial District of Hinds County, Mississippi.

7.

At all pertinent times, Defendant Kroger owned, possessed, controlled, and/or managed

or provided security for Kroger located at 6745 S. Siwell Road in Byram, Mississippi.

8.

On or about, June 27, 2020, Plaintiff was a guest of Kroger in Byram, Mississippi located

at 6745 S. Siwell Road.  Plaintiff was walking in the store when she was tripped by a broken

pallet in the aisle.  Defendants did not have this area marked for caution and presented an

unknown danger to the Plaintiff.  Defendants were aware this condition existed, had been

previously warned and requested to correct the condition, and took no measures to remove the

danger from the aisle or to warn of the hidden danger.

9.

Plaintiff received injuries including, but not limited to her arm, neck, back, hand and other injuries to her muscular, skeletal, and nervous systems.

10.

Contributing and/or proximate factors or causes of the injuries of the Plaintiff include, but are not limited to, the Defendant's failure to maintain a safe environment, to maintain their property in a manner which is reasonably safe for public use, reasonable care in hiring and retention of competent and safety-oriented employees. Defendants were negligent in the duties to hire and retain employees, to properly train their employees in the duty to maintain a safe environment for invitees in order to protect those invitees from injuries, including that suffered by the Plaintiff.

## NEGLIGENCE OF KROGER CO.

11.

Plaintiff adopts by reference the foregoing paragraphs as fully set forth herein.

12.

Contributing and/or proximate factors or causes of the serious injuries of the Plaintiff caused by the negligent of Defendant Kroger include, but are not limited to, the failure to maintain their property in a manner which is reasonably safe for public use; failure to inform guests including Plaintiff of the unsafe area where she tripped by means of markings and/or caution of any type; failure to hire and maintain an inadequate amount of personnel; failure to hire, supervise and maintain proper safety on the property; failure of the proper owner to provide adequate instruction and supervision of the floor crew as well as management and employees,

and creating and enabling the unsafe conditions of the Kroger property in general; failure to adequately maintain and perform safety on the property; allowing the building floors to be inadequately safe, maintained, monitored, cleaned, and failed to instruct its employees to check the floor for any faults; failure to place a warning cone or warning sign or provide a warning to guests in the area of the dangerous condition in the aisle; failure to follow its policy and procedure regarding cleaning, maintenance and monitoring the floors for defects and/or tripping hazards; strict liability; negligence per se; negligence based upon reasonable foreseeability; and negligence based on assumption of duty. Plaintiff asserts any other act of negligence that may apply and exist but has not been discovered at this time but may be discovered during discovery.

13.

Defendant was negligent in that it did not maintain the floor surface in a safe condition, did not properly warn Plaintiff of the unreasonably dangerous condition on the floor, did not properly inspect the floor for hazardous conditions, or take steps to correct the dangerous condition.

14.

Defendant knew or in the exercise of reasonable care, should have known that Plaintiff would be subject to accident and injury from the condition in the aisle/walkway where Plaintiff was tripped. Plaintiff was without notice and unaware of the fact said floor/area was dangerous. Plaintiff used due care for her own safety when on Defendants' property, and in no manner contributed to the accident.

## **NEGLIGENCE OF PAUL CARR**

15.

Plaintiff adopts by reference the foregoing paragraphs as if fully set forth herein.

16.

The Plaintiff charges Defendant Carr with negligence in failure to maintain the property

in a manner which is reasonably safe for public use; failure to inform guests including Plaintiff of

the unsafe area where she tripped by means of markings and/or caution of any type; failure to

place a warning cone or warning sign or provide a warning to guests in the area of the condition

of the aisle; failure to follow the policy and procedure regarding cleaning, maintenance and

monitoring the floors for defects; failing to take measures to remove the dangerous condition

prior to Plaintiff's injury; negligence per se; negligence based upon reasonable foreseeability; and

negligence based on assumption of duty. Plaintiff asserts any other act of negligence that may

apply and exist but has not been discovered at this time but may be discovered during discovery.

17.

Defendant Carr was negligent in that he did not maintain the floor surface in a

safe condition, did not properly warn Plaintiff of the unreasonably dangerous condition on the

floor, did not properly inspect the floor for hazardous conditions, or take steps to correct the

dangerous condition.

18.

Defendant Carr knew or in the exercise of reasonable care, should have known

that Plaintiff would be subject to accident and injury from the condition on the floor and in her

path of travel. Plaintiff was without notice and unaware of the fact said floor and aisle area was

dangerous. Plaintiff used due care for her own safety when on Defendants' property, and in no

manner contributed to the accident.

## NEGLIGENCE OF JESSICA HOLLY

19.

Plaintiff adopts by reference the foregoing paragraphs as if fully set forth herein.

20.

The Plaintiff charges Defendant Holly with negligence in failure to maintain the property in a manner which is reasonably safe for public use; failure to inform guests including Plaintiff of the unsafe area where she tripped by means of markings and/or caution of any type; failure to place a warning cone or warning sign or provide a warning to guests in the area of the condition of the aisle; failure to follow the policy and procedure regarding cleaning, maintenance and monitoring the floors for defects; failing to take measures to remove the dangerous condition prior to Plaintiff's injury; negligence per se; negligence based upon reasonable foreseeability; and negligence based on assumption of duty. Plaintiff asserts any other act of negligence that may apply and exist but has not been discovered at this time but may be discovered during discovery.

21.

Defendant Carr was negligent in that he did not maintain the floor surface in a safe condition, did not properly warn Plaintiff of the unreasonably dangerous condition on the floor, did not properly inspect the floor for hazardous conditions, or take steps to correct the dangerous condition.

22.

Defendant Carr knew or in the exercise of reasonable care, should have known that Plaintiff would be subject to accident and injury from the condition on the floor and in her path of travel. Plaintiff was without notice and unaware of the fact said floor and aisle area was dangerous. Plaintiff used due care for her own safety when on Defendants' property, and in no

manner contributed to the accident.

## **NEGLIGENCE OF JOHN DOES 1-3**

23.

Plaintiff adopts by reference the foregoing paragraphs as if fully set forth herein.

24.

John Does 1-3 are alleged store staff, or other owners, managers or operators of

Kroger who may have negligently acted or otherwise been a contributing cause to the injuries of

the Plaintiff. John Does 1-3 may have been employed or acting as stores employees or other staff

or owners and on the property at the time Plaintiff was inured. John Does 1-3 will be named

when and if they are located and found to be party to this cause.

25.

At the time of the serious injuries of the Plaintiff, all Defendants had failed to

fulfill their joint, several, and/or collective duties of providing ordinary, reasonable maintenance

of the Kroger property and to take other such reasonable precautions or measures to protect

invitees from foreseeable harm and danger, including the harm suffered by the Plaintiff.

## **DAMAGES**

26.

As a direct and proximate result of the above and foregoing acts and omissions on

the part of the Defendants, and without any negligence of the Plaintiff, she received injuries

including, but not limited to her arm, neck, back, and other injuries to her muscular, skeletal, and

nervous systems. Plaintiff has incurred medical and is currently treating with physicians and is

expected to continue to require future medical treatment for her injuries. Specifically, Plaintiff

has undergone surgery on her arm due to the injuries sustained in this fall. Plaintiff has also

suffered severe emotional, mental and physical pain ans suffering from this incident. Plaintiff

reasonably anticipates future damages proximately caused by said negligence of Defendants,

including future medical expenses, future pain, suffering and mental anguish, permanent physical

impairment, permanent disfigurement, and other damages.

## **CLAIMS FOR RELIEF**

27.

Plaintiff adopts and incorporate by reference the foregoing paragraphs.

28.

Defendants, individually, jointly and severally, owed to Plaintiff an ordinary duty

of care. Defendants breached said duty owed to the Plaintiff and were negligent by failing to

reasonably inspect, monitor and make safe the premises from the foreseeable harm suffered by

the Plaintiff, including the failure to properly maintain and perform upkeep on the Kroger

property.

29.

As a result and proximate consequence of the Defendants' negligence, breach of

their duty of care, the Plaintiff suffers physical pain and injuries, ongoing chronic pain, as well

as, emotional pain and suffering and can reasonably be expected to incur further physical and

emotional pain and suffering in the future. Plaintiff, therefore, is entitled to all damages of every

type and variety that are permitted by law, including but not limited to, past/present/future

physical and mental pain ans suffering; past/present/future medical expenses, and lost wages.

Plaintiff is further entitled to other general damages as well as punitive damages.

WHEREFORE PREMISES CONSIDERED, the Plaintiff demands a trial by jury and

judgement from Defendants Kroger Co., Paul Carr, Jessica Holly and John Does 1-3 jointly and

severally for actual, compensatory, consequential and incidental damages in an amount

exceeding the jurisdictional minimal limits of this Court for compensatory damages and for

punitive damages including all expenses and costs of this civil action, and such other general

relief as the Court and jury deem just.

RESPECTFULLY SUBMITTED,
**Martha Kay Tynes, Plaintiff**

BY:  _____

MATT NEWMAN

R. PAUL WILLIAMS, III (MSB #102345)
MATT NEWMAN (MSB#103654)
WILLIAMS NEWMAN WILLIAMS, PLLC
Post Office Box 23785
Jackson, Mississippi 39225
Tel:    (601) 949-5080
Fax:    (601) 949-3358
Attorneys for Plaintiff

| COVER SHEET | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|

**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

County #  Judicial District  Court ID (CH, CI, CO)

Local Docket ID

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

Month  Date  Year
This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT  Court of HINDS  County — FIRST  Judicial District

**Origin of Suit (Place an "X" in one box only)**
- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual  Tynes (Last Name)  Martha (First Name)  Kay (Maiden Name, if applicable)  M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

Business
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

Address of Plaintiff  105 Oak Ridge Dr., Clinton, MS 39056

Attorney (Name & Address)  Matt Newman, P.O. Box 23785, Jackson, MS 39225   MS Bar No. 103654
___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual (Last Name)  (First Name)  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business  The Kroger Co.
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

Attorney (Name & Address) - If Known   MS Bar No.

**Damages Sought:** Compensatory $_____  Punitive $_____  Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| Child Custody/Visitation | Accounting (Business) | Adoption - Contested | Adverse Possession |
| Child Support | Business Dissolution | Adoption - Uncontested | Ejectment |
| Contempt | Debt Collection | Consent to Abortion Minor | Eminent Domain |
| Divorce:Fault | Employment | Removal of Minority | Eviction |
| Divorce: Irreconcilable Diff. | Foreign Judgment | Other | Judicial Foreclosure |
| Domestic Abuse | Garnishment | **Civil Rights** | Lien Assertion |
| Emancipation | Replevin | Elections | Partition |
| Modification | Other | Expungement | Tax Sale: Confirm/Cancel |
| Paternity | **Probate** | Habeas Corpus | Title Boundary or Easement |
| Property Division | Accounting (Probate) | Post Conviction Relief/Prisoner | Other |
| Separate Maintenance | Birth Certificate Correction | Other | **Torts** |
| Termination of Parental Rights | Commitment | **Contract** | Bad Faith |
| UIFSA (eff 7/1/97; formerly URESA) | Conservatorship | Breach of Contract | Fraud |
| Other | Guardianship | Installment Contract | Loss of Consortium |
| **Appeals** | Heirship | Insurance | Malpractice - Legal |
| Administrative Agency | Intestate Estate | Specific Performance | Malpractice - Medical |
| County Court | Minor's Settlement | Other | Mass Tort |
| Hardship Petition (Driver License) | Muniment of Title | **Statutes/Rules** | [X] Negligence - General |
| Justice Court | Name Change | Bond Validation | Negligence - Motor Vehicle |
| MS Dept Employment Security | Testate Estate | Civil Forfeiture | Product Liability |
| Worker's Compensation | Will Contest | Declaratory Judgment | Subrogation |
| Other | Other | Injunction or Restraining Order | Wrongful Death |
| | | Other | Other |

**IN THE** CIRCUIT **COURT OF** HINDS **COUNTY, MISSISSIPPI**

FIRST **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____       Docket No. If Filed
    File Yr    Chronological No.    Clerk's Local ID    Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** Carr _____ Paul _____ ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** Holly _____ Jesica _____ (Tillman _____ ) _____ _____
    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___,

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                                      **PLAINTIFF**

**VS.**                                             CIVIL ACTION NO.  22-209

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                                   **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI, TO THE SHERIFF OF HINDS COUNTY, OR ANY OTHER LAWFUL
PERSON:

> **TO:    Jessica Tillman Holly**
> **333 Mallory Drive**
> **Byram, Mississippi 39272**

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

> Matt Newman
> WILLIAMS NEWMAN WILLIAMS PLLC
> 129 S. President Street, Suite B
> Jackson, MS 39201
> Phone: (601) 949-5080

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date
of delivery of this Summons and Complaint or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and
Request for Production of Documents attached to the Complaint must be mailed or delivered within
forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable
time afterward.

ISSUED under my hand and the seal of said Court, this the 7 day of April, 2022.

BY: _____
D.C.
ZACK WALLACE, CIRCUIT CLERK

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                              **PLAINTIFF**

**vs.**                                        CIVIL ACTION NO. __22-209__

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI, TO THE SHERIFF OF HINDS COUNTY, OR ANY OTHER LAWFUL
PERSON:

TO:   **The Kroger Co.**
      **c/o its Registered Agent, Corporation Service Company**
      **7716 Old Canton Rd., Suite C**
      **Madison, MS 39110**

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS**
**IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

Matt Newman
WILLIAMS NEWMAN WILLIAMS PLLC
129 S. President Street, Suite B
Jackson, MS 39201
Phone: (601) 949-5080

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date
of delivery of this Summons and Complaint or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and
Request for Production of Documents attached to the Complaint must be mailed or delivered within
forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable
time afterward.

ISSUED under my hand and the seal of said Court, this the __7__ day of __April__, 2022.

BY: _____
        D.C.
**ZACK WALLACE, CIRCUIT CLERK**

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                          **PLAINTIFF**

**vs.**                                    CIVIL ACTION NO. _22-209_

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                        **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI, TO THE SHERIFF OF HINDS COUNTY, OR ANY OTHER LAWFUL
PERSON:

      **TO:**   **Paul Carr**
              **429 Gallatin Street**
              **Jackson, Mississippi 39203**

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS**
**IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

      You are required to mail or hand-deliver a copy of a written response to the Complaint to:

            Matt Newman
            WILLIAMS NEWMAN WILLIAMS PLLC
            129 S. President Street, Suite B
            Jackson, MS  39201
            Phone: (601) 949-5080

      Your response to the Complaint must be mailed or delivered within thirty [30] days from the date
of delivery of this Summons and Complaint or a judgment by default will be entered against you for the
money or other things demanded in the Amended Complaint.  Your response to the First Set of
Interrogatories and Request for Production of Documents attached to the Complaint must be mailed or
delivered within forty-five [45] days from the date of delivery of this Summons.

      You must also file the original of your response with the Clerk of this Court within a reasonable
time afterward.

      ISSUED under my hand and the seal of said Court, this the _7_ day of _April_, 2022.

BY: _M. Green_
          D.C.

PROOF OF SERVICE – SUMMONS

Name of Person or Entity Served: _Jessica Tillman Holly_

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set fourth below (Process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used)

      ( ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid) copies to the person served, together with the copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)

      (X) PERSONAL SERVICE. I have personally delivered copies of the summons and complaint on the _14_ day of _July_ , 202_2_ to: _Jessica Tillman Holly_, where I found said person in _Hinds_ County in the State of Mississippi.

      ( ) RESIDENCE SERVICE. After due diligence I was unable to deliver copies of the summons and complaint to _____ within _____ County, Mississippi. I served the summons and complaint on the ____ day of _____, 2021, at the usual place of abode of said _____, by leaving a true copy of said summons and complaint with _____, who is the _____, a member of the family of the person served above the age sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her place of abode where the copies were left.

      ( ) CERTIFIED MAIL SERVICE. By mailing to an address outside of Mississippi (by first class mail, postage prepaid, requiring return receipt) copies to the person to be served. (Attach signed return receipt or other evidence of actual delivery to the person to be served.)

Fee for Service $_____

Process server must list below: [Please print or type}
Name_____**Eagle Eye Investigations &**_____
Address: _____**Security,LLC**_____
Telephone No. _**P.O. Box 1085 Terry, Ms. 39170**_

State of Mississippi
County of _Hinds_

      Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Daniel Pace_ who by me first being duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Daniel Pace_
Process Server (signature)

      Sworn to and subscribed before me this the _23_ day of _July_ , 202_2_

_Jimmy R. Pace_
NOTARY PUBLIC      (SEAL)

MY COMMISSION EXPIRES

_____

Case 3:22-cv-00473-DPJ-FKB   Document 1-1   Filed 08/12/22   Page 19 of 27
Case: 25CI1:22-cv-00209-EFP   Document #: 6   Filed: 07/27/2022   Page 2 of 2
Case: 25CI1:22-cv-00209-EFP   Document #: 3   Filed: 04/07/2022   Page 1 of 1

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                          **PLAINTIFF**

**vs.**                              CIVIL ACTION NO. $\underline{22\text{-}209}$

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                        **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI, TO THE SHERIFF OF HINDS COUNTY, OR ANY OTHER LAWFUL PERSON:

TO:     Jessica Tillman Holly
        333 Mallory Drive
        Byram, Mississippi 39272

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

Matt Newman
WILLIAMS NEWMAN WILLIAMS PLLC
129 S. President Street, Suite B
Jackson, MS 39201
Phone: (601) 949-5080

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and Request for Production of Documents attached to the Complaint must be mailed or delivered within forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this the 7 day of April, 2022.

BY: _M. Green_
                    D.C.
**ZACK WALLACE, CIRCUIT CLERK**

**PROOF OF SERVICE - SUMMONS and COMPLAINT**
**(Process Server)**

_The Kroger Co. via Corporation Service Company_
Name of Person or Entity Served

       I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

(  )    FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.  By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (_Attach completed acknowledgment of receipt pursuant to M.R.C.P Form 1B_).

(✗)    PERSONAL SERVICE.  I personally delivered copies to _Corporation Service Co._ on the _27th_ day of _July_, 2022, where I found said person(s) in _Madison_ county of the State of _MS_.

(  )    RESIDENCE SERVICE.  After exercising reasonable diligence I was unable to deliver copies to said person within _____ county of the state of _____ . I served the summons and complaint on the _____ day of _____, 2022, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2022, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

(  )    CERTIFIED MAIL SERVICE.  By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (_Attach signed return receipt or the return envelope marked "Refused"._)

       At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:     $_____
Process server must list below: [_Please print or type_]

Name: _Willie Woods_
Address _712 Castlewoods_
_Brandon MS_
Telephone No. _601-540-8421_

State of _____ )
County of _____ )

      Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons are true and correct as therein stated.

_____
PROCESS SERVER

Sworn and subscribed before me, this the ____ day of _____, 2022.

_____
NOTARY PUBLIC

My Commission Expires: _____

Case 3:22-cv-00473-DPJ-FKB   Document 1-1   Filed 08/12/22   Page 22 of 27
Case: 25CI1:22-cv-00209-EFP      Document #: 7      Filed: 07/27/2022      Page 3 of 3
Case: 25CI1:22-cv-00209-EFP      Document #: 4      Filed: 04/07/2022      Page 1 of 1

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                                      **PLAINTIFF**

**vs.**                                            CIVIL ACTION NO. _22-209_

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                                    **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI, TO THE SHERIFF OF HINDS COUNTY, OR ANY OTHER LAWFUL
PERSON:

> TO:   **The Kroger Co.**
> **c/o its Registered Agent, Corporation Service Company**
> **7716 Old Canton Rd., Suite C**
> **Madison, MS 39110**

*109 Executive Dr.*
*Suite 3*
*Madison MS 39110*

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

> Matt Newman
> WILLIAMS NEWMAN WILLIAMS PLLC
> 129 S. President Street, Suite B
> Jackson, MS 39201
> Phone: (601) 949-5080

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date
of delivery of this Summons and Complaint or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and
Request for Production of Documents attached to the Complaint must be mailed or delivered within
forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable
time afterward.

ISSUED under my hand and the seal of said Court, this the 7 day of April, 2022.

BY: M. Green

D.C.

**ZACK WALLACE, CIRCUIT CLERK**

### IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**MARTHA KAY TYNES**                                                                 **PLAINTIFF**

**vs.**

                                                                           **CIVIL ACTION NO.: <u>22-209</u>**

**THE KROGER CO;**
**PAUL CARR; JESSICA TILLMAN HOLLY**
**AND JOHN DOES 1-3**                                                   **DEFENDANTS**

### PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE
### <u>DEFENDANT, PAUL CARR, WITH PROCESS</u>

**COMES NOW** the Plaintiff, by and through counsel undersigned, pursuant to Rule 4 of the

*Mississippi Rules of Civil Procedure*, and files her Motion for Additional Time to Serve Defendant,

Paul Carr, with Process, and in support thereof would show unto the Court the following:

1.       On or about April 7, 2022, the Plaintiff filed her Complaint against the Defendants in

the Circuit Court of the First Judicial District of Hinds County, Mississippi in regards to the incident

which occurred on June 27, 2020.

2.       The Plaintiff has served the Defendants, The Kroger Co. and Jessica Tillman Holly,

with process.   However, the Plaintiff has been unable to serve the Defendant, Paul Carr, with

process.

3.       It was believed that Defendant Carr resided at 429 Gallatin Street in Jackson,

Mississippi.

4.       Counsel for the Plaintiff hired a process server/investigator to effectuate service

of  process on Defendant Carr at the foregoing address. However, it appears Defendant does not

reside at said address.  The process server also attempted to serve Defendant Carr with process at

Kroger in Madison, MS, but was unsuccessful.   Plaintiff's counsel and said process

server/investigator are in the process of locating the Defendant, Carr.

5.      Plaintiff would show that she has acted in good faith and been diligent in

attempting to serve Defendant Carr since the filing of her lawsuit.  She has incurred significant

expense in trying to locate said Defendant Carr and continues to incur such costs as efforts to locate

Defendant Carr persist.  Plaintiff would show that the lack of process on said Defendant is not due

to any failure to act nor lack of diligence on the part of the Plaintiff, whatsoever.  Plaintiff would ask

this Court for an additional one hundred twenty (120) days to attempt to serve Defendant Jones with

process.

6.      Plaintiff would show that the relief requested in this Motion would not work to

prejudice the rights of Defendant Carr.  Plaintiff has also not requested or been given a previous

extension to serve process. For these reasons, Plaintiff would state that in the interest of judicial

economy and fairness to the Plaintiff that she be allowed additional time to serve Defendant Paul

Carr with process.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully requests that the Court

grant her Motion for Additional Time to Serve the Defendant Carr with process, and enter its Order

granting the Plaintiff one hundred, twenty (120) additional days from the date of said Order to serve

Defendant Carr with process of this Court, and for such further relief consistent with this Motion,

general or specific, which this Court may deem appropriate.

RESPECTFULLY SUBMITTED, this the 4th day of August, 2022.

**MARTHA KAY TYNES, PLAINTIFF**


BY:      /s/ Matt Newman_____
           MATT NEWMAN, ESQ.

OF COUNSEL:

R. PAUL WILLIAMS, III (MSB #102345)
MATT NEWMAN (MSB #103654)
COURTNEY M. WILLIAMS (MSB #102347)
WILLIAMS NEWMAN WILLIAMS, PLLC
129B South President Street
Post Office Box 23785
Jackson, Mississippi 39225
Tel:    (601) 949-5080
Fax:    (601) 949-3358
*ATTORNEYS FOR THE PLAINTIFF*

PROOF OF SERVICE – SUMMONS

Name of Person or Entity Served: _Paul Carr_____

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set fourth below (Process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used)

      ( ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid) copies to the person served, together with the copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)

      (X) PERSONAL SERVICE. I have personally delivered copies of the summons and complaint on the **5** day of _August_, 2021 to: _Paul Carr_____, where I found said person in _Bolivar_____ County in the State of Mississippi.

      ( ) RESIDENCE SERVICE. After due diligence I was unable to deliver copies of the summons and complaint to _____ within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 2021, at the usual place of abode of said _____, by leaving a true copy of said summons and complaint with _____, who is the _____, a member of the family of the person served above the age sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her place of abode where the copies were left.

      ( ) CERTIFIED MAIL SERVICE. By mailing to an address outside of Mississippi (by first class mail, postage prepaid, requiring return receipt) copies to the person to be served. (Attach signed return receipt or other evidence of actual delivery to the person to be served.)

Fee for Service $_____

Process server must list below: [Please print or type}
Name      **Eagle Eye Investigations &**
Address:            **Security, LLC**
Telephone No.    **P.O. Box 1085 Terry, Ms. 39170**
             601-291-2321

State of Mississippi
County of _Hinds___

      Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Daniel Pace_____ who by me first being duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Daniel Pace_____
Process Server (signature)

      Sworn to and subscribed before me this the **7** day of _August_____, 2022.

_Jimmy R Pace_____
NOTARY PUBLIC                (SEAL)

MY COMMISSION EXPIRES: _____

STATE OF MISSISSIPPI
JIMMY R. PACE
NOTARY PUBLIC
ID No. 118155
Commission Expires
November 1, 2024
HINDS COUNTY

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

MARTHA KAY TYNES                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO. 22-209

THE KROGER CO;
PAUL CARR; JESSICA TILLMAN HOLLY
AND JOHN DOES 1-3                                               DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI, TO THE SHERIFF OF HINDS COUNTY, OR ANY OTHER LAWFUL PERSON:

> TO:   Paul Carr
>       429 Gallatin Street
>       Jackson, Mississippi 39203

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

Matt Newman
WILLIAMS NEWMAN WILLIAMS PLLC
129 S. President Street, Suite B
Jackson, MS 39201
Phone: (601) 949-5080

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Amended Complaint. Your response to the First Set of Interrogatories and Request for Production of Documents attached to the Complaint must be mailed or delivered within forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this the 7 day of April, 2022.

BY: M. Green
                                                          D.C.